IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

METROPOLITAN LIFE
INSURANCE CO.,

    Plaintiff,

v.

DONALD BROOKS, et al.,

    Defendants.

:
:
:
:

Case No. 3:16-cv-53

JUDGE WALTER H. RICE

DECISION AND ENTRY OVERRULING WITHOUT PREJUDICE
DEFENDANT DONALD BROOKS' MOTION FOR DEFAULT JUDGMENT
ON CROSS-CLAIM (DOC. #18)

On August 4, 2016, Defendant Donald Brooks filed a Motion for Default Judgment on his Cross-Claim against Defendants Cynthia and Ebony Jackson. Doc. #18. Federal Rule of Civil Procedure 55 sets forth a two-step process for obtaining a judgment by default. The clerk must enter the party's default *before* default judgment can be granted.

Brooks has not yet applied to the clerk for an entry of default. Accordingly, his Motion for Default Judgment on Cross-Claim is premature, and is OVERRULED WITHOUT PREJUDICE to re-filing after default has been entered.

Date: August 25, 2016

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE